UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>        Plaintiff,<br><br>vs.<br><br>J. DALEY, et al.,<br><br>        Defendants. | 1:06-cv-00235-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDER** (Docs. 7, 8) |

    Plaintiff, Raymond Wright ("plaintiff"), a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On April 17, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 17, 2006, are ADOPTED IN FULL; and,

2. Plaintiff's motions for injunctive relief, filed March 23, 2006 and April 7, 2006, are DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   June 24, 2006**                           **/s/ Oliver W. Wanger**
emm0d6                                               UNITED STATES DISTRICT JUDGE